# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) </br> ) </br> ) |
| v. | ) Case No.: 2:23-cr-476-AMM-GMB </br> ) </br> ) |
| THOMAS LEWIS WRIGHT | ) |

## ORDER

This case is before the court on defendant Thomas Lewis Wright's Motion to Suppress. Doc. 29. On August 21, 2024, the magistrate judge conducted an evidentiary hearing. *See* Doc. 40. The parties submitted post-hearing briefs. Docs. 42–44. On November 6, 2024, the magistrate judge entered a report recommending that the court grant in part and deny in part the motion. Doc. 49. Mr. Wright filed objections to that recommendation. Doc. 53.

The report recommended suppressing certain statements made by Mr. Wright during a December 26, 2022 traffic stop and deeming a Glock pistol recovered at the scene admissible pursuant to the inevitable discovery exception. Doc. 49 at 24. In his objections, Mr. Wright argues that the government did not show that the firearm should be admissible pursuant to the inevitable discovery exception. Doc. 53 at 3. The magistrate judge's report and recommendation substantively addresses these arguments and the court agrees with that analysis. *Compare* Doc. 53, *with* Doc. 49 at 18–24; *see also United States v. Watkins*, 13 F.4th 1202 (11th Cir. 2021). Because

Mr. Wright's objections do not support rejecting the magistrate judge's recommendation, the court **OVERRULES** his objections. Doc. 53.

Having carefully reviewed and considered *de novo* all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Doc. 49. Thus, the court **GRANTS** in part and **DENIES** in part Mr. Wright's Motion to Suppress. Doc. 29.

**DONE** and **ORDERED** this 14th day of January, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE